*#3006  #128519*

In re:  LEROY D. MILLER  
   TAMARA L MILLER

Case No. 08-35192

Debtor(s).

Judge MARY ANN WHIPPLE

## TRANSMITTAL OF UNCLAIMED FUNDS

Douglas A. Dymarkowski, Trustee of this estate, reports the following:

  1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the payees to whom such unnegotiated checks were issued, the amount of such checks and their last known addresses are:

| Check Number | Payee | Amount |
|---|---|---|
| 3005 | Verizon North, Inc. | $18.99 |
|  | 404 Brock Drive |  |
|  | Bloomington, IL 61701 |  |

  2. Your trustee's check for $18.99 payable to the United States Bankruptcy Court is attached to this report and list.

  3. Nothing further remains to be done in this case.

Respectfully submitted,  
**/s/ Douglas A. Dymarkowski**  
Douglas Dymarkowski  
5431 Main Street  
Sylvania, OH 43560  
419-882-4999  
Doug.dadlaw@bex.net